IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ILLINOIS UNION INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **TEVA PHARMACEUTICALS USA, INC.,** and **TEVA PHARMACEUTICALS INDUSTRIES LTD.,** | : | No. 13-3869 |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 11th day of October, 2013, upon consideration of Teva Pharmaceuticals USA, Inc.'s ("Teva") Motion to Compel Arbitration and for Fees and Costs (Docket No. 6), both parties' submissions relating thereto (Docket Nos. 17, 19, 23, 31 & 32), and oral argument held on October 1, 2013, **IT IS HEREBY ORDERED** that Teva's Motion to Compel Arbitration and for Fees and Costs is:

1. **GRANTED IN PART**, to the extent that the Court hereby **COMPELS ARBITRATION in London pursuant to Condition *o* of the underlying SRI Policy** (Generic Products Patent Infringement Excess Casualty Insurance Binder, Policy No. 25631.3.14 (Compl. Ex. D)); and

2. **DENIED IN PART**, as to Teva's requests for attorneys' fees and costs.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge